UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | ) | Case No.: 2:11-CR-453-PMP-RJJ |
| --- | --- | --- |
| Plaintiff | ) | |
| vs. | ) | |
| DAVID MARK, | ) | |
| Defendant | ) | |

*Consolidated with*

| UNITED STATES OF AMERICA | ) | Case No.: 2:11-CR-452-PMP-RJJ |
| --- | --- | --- |
| Plaintiff | ) | |
| vs. | ) | |
| THERESA MARCIANTI, | ) | |
| Defendant | ) | |

**ORDER**

Based on the Defendant's Motion for Extension to File Pretrial Motions/Motions in Limine, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the deadline for filing Pretrial Motions/Motions in Limine is extended until February 18, 2013;

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: January 31, 2013