UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID M. MARK,<br><br>Defendant. | 2:11-CR-00453-PMP-CWH<br><br>**ORDER** |

The Court finds that the evidence adduced at trial, viewed in the light most favorable to the Government, would permit a rational jury to find the essential elements of the crimes of conviction in this case beyond a reasonable doubt. As a result,

**IT IS ORDERED** that Defendant Mark's Motion for Judgment of Acquittal Post Verdict (Doc. #158) is **DENIED**.

DATED: May 6, 2013.

_____
PHILIP M. PRO
United States District Judge