UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. MARK,<br><br>Defendants. | 2:11-CR-00453-PMP-CWH<br><br>ORDER |

IT IS ORDERED that the Court's Order (Doc. #167) is hereby VACATED.

DATED: May 15, 2013

_____
PHILIP M. PRO
United States District Judge