UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 2:11-cr-453-PMP-CWH |
| vs ) | |
| ) | |
| DAVID M. MARK, ) | PRO HAC VICE ADMITTANCE |
| ) | ORDER APPOINTING COUNSEL |
| Defendant. ) | |

The individual named above, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the Court finds that David M. Mark is indigent,

The Court further finds that pro hac vice appointment of Michael S. Fawer, Esq. to the CJA panel, for the purposes of appointment to this case, is in the interest of justice and judicial economy. The Court further finds that Michael S. Fawer, Esq. possess such qualities as would qualify him for admission to the district's CJA panel in the ordinary course of panel selection. Therefore;

IT IS HEREBY ORDERED that Michael J. Fawer, Esq.'s sealed application for appointment of counsel under the Criminal Justice Act to represent defendant David M. Mark at sentencing and on appeal of his conviction" (#173) is granted.

DATED this 11th date of June, 2013.

Nunc Pro Tunc Date: June 7, 2013.

_____
CARL W. HOFFMAN
United States Magistrate Judge