UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 2:11-cr-453-PMP-CWH |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID M. MARK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Based on the Defendant David Mark's Motion for Transportation Funds the Court finds that:

**IT IS HEREBY ORDERED** that, pursuant to Title 18 U.S.C. § 4285, the United States Marshal provide David Mark with reimbursement of transportation costs between New York, New York and Las Vegas, Nevada, in order to appear for sentencing before United States District Judge Phillip M. Pro on Monday, September 30, 2013 and Wednesday, October 30, 2013 at 9:00 a.m.

IT IS SO ORDERED

_____
PHILIP M. PRO, U.S. District Judge
October 25, 2013