**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-0453 PMP-RJJ |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| DAVID M. MARKS, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the United States Marshals Service shall arrange one-way transportation for defendant David M. Marks, to travel from New York, New York to Las Vegas, Nevada on or before Wednesday, October 30, 2013 at 9:00 AM for the purpose of sentencing before the Honorable Philip M. Pro.

This ORDER is limited to payment of one-way transportation to the above-referenced court appearance only.

Dated: October 28, 2013.

_____
PHILIP M. PRO, U.S. District Judge